IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MONICA REYNOLDS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 1:20-cv-492-ECM |
| HOUSTON COUNTY HEALTH CARE AUTHORITY d/b/a SOUTHEAST HEALTH, | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 18) filed on November 11, 2020, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 13th day of November, 2020.

      /s/ Emily C. Marks
      EMILY C. MARKS
      CHIEF UNITED STATES DISTRICT JUDGE